IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CR-00071-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| SAVION DASEAN WILSON, | |
| Defendant. | |

This matter comes before the court on the United States Probation Office's Amended Motion for Revocation of Supervised Release [DE 57]. The alleged violations underlying the motion also serve as the basis for an indictment filed in case number 7:25-CR-00087-M. In the interest of judicial economy, the revocation hearing currently scheduled for the October 21, 2025, term of court is TERMINATED. The court will reschedule the hearing once the criminal case in case number 7:25-CR-00087-M is set for a sentencing hearing or is otherwise resolved.

SO ORDERED this 2d day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE